23CA1772 Peo v Baez-Diaz 11-20-2025

COLORADO COURT OF APPEALS

---

Court of Appeals No. 23CA1772
El Paso County District Court No. 22CR1902
Honorable Chad Miller, Judge

---

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Yashira Marie Baez-Diaz,

Defendant-Appellant.

---

ORDER AFFIRMED

Division IV
Opinion by JUDGE JOHNSON
Harris and Schock, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**
Announced November 20, 2025

---

Philip J. Weiser, Attorney General, Joshua J. Luna, Assistant Attorney General, Denver, Colorado, for Plaintiff-Appellee

Megan A. Ring, Colorado State Public Defender, Dilyn K. Myers, Deputy State Public Defender, Denver, Colorado, for Defendant-Appellant

¶ 1    Defendant, Yashira Marie Baez-Diaz (Baez-Diaz), appeals the district court's order revoking her deferred judgment and sentence (DJS).  We affirm.

## I.    Background

¶ 2    In July 2022, Baez-Diaz pled guilty to second degree aggravated motor vehicle theft in exchange for a three-year DJS.  A condition of Baez-Diaz's DJS was that she would not violate any federal, state, or local criminal law.  The agreement stated that, if she breached any condition, the court would be required to enter a judgment of conviction on her guilty plea and impose a sentence.

¶ 3    In September 2022, Baez-Diaz's probation officer filed a complaint to revoke her DJS because she had been arrested on new criminal charges in El Paso County District Court case number 22CR3815.  The revocation complaint in this matter trailed the resolution of the 22CR3815 case.  In August 2023, a jury found Baez-Diaz guilty of second degree assault in the 22CR3815 case.  Thereafter, the district court found that Baez-Diaz's felony conviction in the 22CR3815 case violated the conditions of the DJS in the underlying case and, consequently, the court revoked the

1

DJS, entered a conviction on her guilty plea, and sentenced her to four years on probation.

¶ 4　　Baez-Diaz separately appealed (1) the order in this case revoking her DJS and (2) the judgment of conviction entered in the 22CR3815 case. In the present appeal, Baez-Diaz asserts, and the Attorney General agrees, that, if her conviction in the 22CR3815 case is reversed, the order revoking her DJS in this case must also be reversed.

## II.　Analysis

¶ 5　　In an opinion contemporaneously issued with this opinion, we affirmed Baez-Diaz's second degree assault conviction in the 22CR3815 case. *See People v. Baez-Diaz*, (Colo. App. No. 23CA1744, Nov. 20, 2025) (not published pursuant to C.A.R. 35(e)). Consequently, we likewise affirm the district court's order revoking Baez-Diaz's DJS based on the commission of a new felony offense.

## III.　Conclusion

¶ 6　　The order is affirmed.

JUDGE HARRIS and JUDGE SCHOCK concur.